UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FADI HOURANI (A-Number: 249-427-676),

Petitioner,

v.

ORESTES CRUZ, et al.,

Respondents.

No. 1:26-cv-02118-KES-EGC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND REQUIRING IMMEDIATE RELEASE

Doc. 1

Petitioner Fadi Hourani is an immigration detainee proceeding with counsel on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 15, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition, denying respondents' motion to dismiss, and ordering petitioner's immediate release. Doc. 11. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within ten days after service. On July 24, 2026, respondents filed a one sentence objection, objecting "[f]or the reasons set forth in Respondents' previous briefing (ECF 9)[.]" Doc. 12.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations, Doc. 11, are adopted in full.

2. The petition for writ of habeas corpus, Doc. 1, is granted.
3. Respondents' motion to dismiss, Doc. 9, is denied.
4. Respondents are ORDERED to release petitioner Fadi Hourani (A-Number: 249-427-676) immediately. Respondents are ENJOINED AND RESTRAINED unless there are material changed circumstances and a neutral decisionmaker determines there is a significant likelihood of petitioner's removal in the reasonably foreseeable future, or respondents demonstrate by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.
5. The Clerk of Court is directed to close this case and enter judgment for petitioner.
6. The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated: July 29, 2026

UNITED STATES DISTRICT JUDGE